CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

MAY 03 2018

JULIA C. DUDLEY, CLERK
BY: /s/ DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | |
|---|---|
| JACK E. LEWIS, JR., <br>     Plaintiff, | Civil Action No. 7:18-cv-00113 |
| v. | **FINAL ORDER** |
| FEDERAL COMMUNICATION COMMISSION, <br>     Defendant. | By:   Hon. Michael F. Urbanski <br>         Chief United States District Judge |

In accordance with the Memorandum Opinion entered this day, it is hereby

**ADJUDGED and ORDERED**

that Plaintiff is **GRANTED** leave to proceed in forma pauperis; the action is **DISMISSED** as frivolous and malicious pursuant to 28 U.S.C. § 1915(e)(2)(b)(i); it is **CERTIFIED** that an appeal of this Order would not be taken in good faith pursuant to 28 U.S.C. § 1915(a)(3); and the action is **STRICKEN** from the active docket.

ENTER: This 3rd day of May, 2018.

/s/ Michael F. Urbanski
Chief United States District Judge